### STEVENSON *vs.* GREGORY and others.

The remedy, for a neglect of the master to execute a part of the order of reference, is not by excepting to his report, but by a motion to refer the report back to the master, to amend it in that respect.

EXCEPTIONS to a master's report.

*P. Gansevoort,* for complainant.

*J. Rhoades & W. W. Frothingham,* for defendants.

The CHANCELLOR decided, that a master's report could not be excepted to merely because the master had omitted to report as to some matters which he was directed by the order of reference to report upon. The remedy of the party, in such a case, is to move that the report be referred back to the master; with instructions to him to correct the report, so as to make it embrace the whole matters of the reference.